UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AESHA DE LA CRUZ,

                        Plaintiff,

          v.

AMERICAN AIRLINES, INC., PSA AIRLIENS INC,

                        Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/15/2021

19-CV-11339 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      In light of a scheduling conflict, the post-discovery conference originally scheduled for March 19, 2021 at 3:00 p.m. is hereby adjourned until March 25, 2021 at 10:00 a.m.  By no later than March 18, 2021, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

      The parties shall use the dial-in information provided below to call in to the conference:

Call-in Number: (888) 363-4749
Access Code: 1015508

      This conference line is open to the public.  If it is not feasible for the parties to appear telephonically at that time, they should jointly notify the Court as soon as possible by letter filed on ECF and include proposed alternative dates for this conference.

SO ORDERED.

Dated:    March 15, 2021
              New York, New York

                                              RONNIE ABRAMS
                                            United States District Judge