```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/8/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AESHA DE LA CRUZ,

                Plaintiff,

v.

AMERICAN AIRLINES, INC. et al.,

                Defendants.

No. 19-CV-11339 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On June 11, 2021, the parties reported to the Court that they were in the process of completing discovery according to the deadlines set in the case management plan. Dkt. 40. Pursuant to that plan, discovery was to be completed by August 18, 2021. *See* Dkt. 30.

It is hereby ORDERED that all parties appear for a conference on September 14, 2021 at 3:00 p.m. to schedule a trial date in this action for the first quarter of 2021. If the parties are not available at that date and time, they must notify the Court and propose alternative dates and times for a conference by no later than Friday, September 7, 2021.

The Court will hold this conference by telephone. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:   September 8, 2021
           New York, New York

                                          Ronnie Abrams
                                          United States District Judge