UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/10/2021

AESHA DE LA CRUZ,

                   Plaintiff,

v.

AMERICAN AIRLINES GROUP, INC.,
et al.,

                   Defendants.

No. 19-CV-11339 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On November 9, 2021, the Court received a letter from Defendants requesting an extension of time to file responses to the motions *in limine* that were filed on October 18, 2021, as well as a corresponding extension of time to file replies. Defendants noted that Plaintiff consents to this request.

    Defendants' application is granted. The parties shall file their responses to the *motions in limine* by no later than December 3, 2021; any replies shall be filed by no later than December 10, 2021.

SO ORDERED.

Dated:    November 10, 2021
             New York, New York

_____
Ronnie Abrams
United States District Judge