# CHAN & GRANT, LLP
## ATTORNEYS AT LAW

61 LEXINGTON AVENUE, SUITE 1G
NEW YORK, NEW YORK 10010
_____

TELEPHONE (646) 779-2988
FACSIMILE  (646) 779-2950

February 7, 2022

The Honorable Ronnie Abrams
U.S. District Court for the Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

    Re: Aesha De La Cruz v. American Airlines, Inc. and PSA Airlines, Inc.
      Index No. 19-cv-11339(RA)

Dear Judge Abrams:

  We represent defendants, American Airlines, Inc. and PSA Airlines, Inc. in this action. On February 3, 2022, a court conference was held with the court and counsel for all parties. At the conference, the parties were ordered to submit a letter to the Court by February 7, 2022, advising of a proposed adjourned trial date that all parties and their respective experts would be available for trial.

  At this time, counsel for all parties are still in discussions with their respective experts to determine a court date in which all necessary parties and witnesses will be available
We submit this joint letter (with Plaintiff's counsel) requesting an extension of time to Wednesday, February 9, 2022, to provide the Court a proposed trial date that would work for all parties and their respective experts. This is the first request for additional time to provide a trial date.

                Very truly yours,

                Chan & Grant, LLP

                  s/Alice Chan
              By:
                Alice Chan

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
February 8, 2022