```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AESHA DE LA CRUZ,

        Plaintiff,

v.

AMERICAN AIRLINES GROUP, INC., et al.,

        Defendants.

No. 19-CV-11339 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As discussed at today's conference, trial in this action is scheduled for June 6, 2022.

    The parties shall submit a joint pretrial order, proposed findings of fact and conclusions of law, and pretrial memoranda of law by May 19, 2022. Any responses shall be filed by May 26, 2022. A final pretrial conference is scheduled for June 2, 2022 at 9:00 a.m.

SO ORDERED.

Dated:    February 14, 2022
            New York, New York

                                                Ronnie Abrams
                                              United States District Judge