USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/13/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ALESHA DE LA CRUZ,

                       Plaintiff,

       -against-

AMERICAN AIRLINES GROUP, INC.,
et al.,

                       Defendants.
----------------------------------------------------------------X

**ORDER ADJOURNING SETTLEMENT CONFERENCE**

19-CV-11339 (RA)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the Notice of Settlement filed on April 13, 2022 (doc. no 89) the Settlement Conference currently scheduled for **April 21, 2022** is hereby adjourned *sine die*.

    **SO ORDERED.**

Dated: April 13, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge