USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 04/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AESHA DE LA CRUZ,

        Plaintiff,

        v.

AMERICAN AIRLINES GROUP, INC., et al.,

        Defendants.

No. 19-CV-11339 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

It has been reported to the Court that a settlement has been reached among all parties. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without fees or costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within ninety (90) days. Any application to reopen this action must be filed within ninety (90) days of this order, and any application filed thereafter may be denied solely on that basis. If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court within the same ninety-day period. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015). The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:    April 22, 2022
            New York, New York

                                                                  _____
                                                                    Ronnie Abrams
                                                                    United States District Judge